IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA J. CONNERY,<br>    Plaintiff | §<br>§<br>§ | |
| versus | §<br>§<br>§<br>§ | CIVIL ACTION NO. H-07-3563 |
| JOHN L. NORSWORTHY, et al<br>    Defendants. | §<br>§ | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order dimissing Plaintiff's case for lack of federal jurisdiction, signed on the 27th day of August, 2012, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** this the 27th day of August, 2012, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE