UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAMELA J. CONNERY<br>*Plaintiff*, | §<br>§<br>§<br>§ |
| VS. | §    CIVIL ACTION NO. 07-3563<br>§ |
| JOHN L NORSWORTHY, ET AL<br>*Defendants*. | §<br>§<br>§ |

### PLAINTIFF'S NOTICE OF APPEAL

Pamela J. Connery dba Real Estate Innovations, Inc., Plaintiff, hereby files its Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the order Final Judgment on August 27, 2012.

Respectfully submitted,

 /s/ Kevin A. Murray
Kevin A. Murray, Esq.
State Bar Number 24007720
Yorktown Building
1776 Yorktown, Suite 600
Houston, Texas 77056
Telephone 713.355.5500
Facsimile   713.212.0290

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the following document has been duly served upon all counsel of record, in accordance with the Federal Rules of Civil Procedure via one of the following methods:

  __X__ Electronic Notification;
  _____ Federal Express;
  _____ First Class Mail;
  _____ Hand Delivery;
  _____ Facsimile Transmittal; and/or
  _____ Certified Mail Return Receipt Requested.

On this the 25th day of September 2012.

/s/ Kevin A. Murray
Kevin A. Murray, Esq.

COUNSEL FOR PLAINTIFF